NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMATED TRANSACTIONS, LLC,**
*Plaintiff-Appellant,*

v.

**IYG HOLDING CO., 7-ELEVEN, INC., VCOM FINANCIAL SERVICES, INC., AND CARDTRONICS USA, INC.,**
*Defendants-Appellees.*

---

2011-1492

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0043, Judge Sue L. Robinson.

---

# ORDER

Upon consideration of Automated Transactions, LLC's motion to withdraw its motion for expedited briefing, for this appeal to be consolidated with 2011-1361, and for consolidated oral argument,

IT IS ORDERED THAT:

The motion to withdraw the motion for expedited briefing, for this appeal to be consolidated with 2011-1361, and consolidated oral argument is granted. The

motion for expedited briefing, for this appeal to be consolidated with 2011-1361, and for consolidated oral argument is withdrawn.

FOR THE COURT

SEP 1 9 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Albert L. Jacobs, Jr., Esq.
Donald R. Dunner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 9 2011

JAN HORBALY
CLERK